UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
RACHEL EMMALOU DAILY,         :
                              :    **REVISED SCHEDULING ORDER**
             Plaintiff,       :
                              :    18 Civ. 1080 (AT) (KNF)
      v.                      :
                              :
ANDREW M. SAUL,               :
Commissioner of Social Security, :
                              :
             Defendant.       :
                              :
------------------------------x

IT IS HEREBY ORDERED, that the schedule for plaintiff's motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), is amended as follows:

1. The Commissioner of Social Security shall file a response to plaintiff's motion for EAJA fees by December 19, 2019.

2. Plaintiff shall file a reply, if any, by January 10, 2020.

   So Ordered.

Dated:      New York, New York
            December 2, 2019

                                            _____
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE